FILED FOR RECORD 05/27/2022 12:50:59
Mareasa K. Boudreaux, DY CLERK
JEFFERSON PARISH, LA

P1 835

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 828-480                                           DIVISION "H"

#### BONNIE HOLMES AND AMOS CARTER

#### VS.

#### MOHAVE TRANSPORTATION INSURANCE COMPANY, AMEN TRUCKING LLC, BINIAM TEWELDE AND STATE FARM FIRE AND CASUALTY COMPANY
#### (in its capacity as uninsured/underinsured motorist carrier)

FILED:_____          _____
                                          **DEPUTY CLERK**

### PETITION FOR DAMAGES

The Petition of **BONNIE HOLMES AND AMOS CARTER**, persons of the full age of majority and residents of the Parish of Jefferson, State of Louisiana, respectfully represent:

I.

Made defendants herein are:

**MOHAVE TRANSPORTATION INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

**AMEN TRUCKING LLC**, a foreign company authorized to do and doing business in the State of Louisiana;

**BINIAM TEWELDE**, a person of the full age of majority and a resident of the County of Fort Bend, State of Texas; and

**STATE FARM FIRE AND CASUALTY COMPANY (in its capacity as uninsured/underinsured motorist carrier)**, a foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioners for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, and loss of consortium, together with legal interest thereon from date of

EXHIBIT 1

judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **October 22, 2021**, an accident occurred on Indiana Avenue in the Parish of Jefferson, State of Louisiana, wherein the vehicle owned by **AMEN TRUCKING LLC** and operated by **BINIAM TEWELDE** disregarded a traffic control, thereby striking powerlines and causing a powerline pole to collide with the vehicle operated by **BONNIE HOLMES**, in which **AMOS CARTER** was a guest passenger.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **BINIAM TEWELDE**, which is attributed to, but not limited to, the following non-exclusive particulars:

    a) Disregarding a traffic control;

    b) Careless operation;

    c) Failure to see what he should have seen;

    d) Failure to keep a good and careful lookout;

    e) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

    f) Failure to maintain reasonable and proper control of the vehicle which he was operating;

    g) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

    h) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **BINIAM TEWELDE**, Petitioners, **BONNIE HOLMES AND AMOS CARTER**, were injured and are entitled to recover such damages as are reasonable in the premises.

EXHIBIT 1

VI.

Upon information and belief, it is alleged that at all times material hereto, that **BINIAM TEWELDE** was in the course and scope of his employment with and/or on a mission and/or errand for **AMEN TRUCKING LLC** on the date of this accident, thus rendering said defendant, **AMEN TRUCKING LLC**, vicariously liable unto Petitioners with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **MOHAVE TRANSPORTATION INSURANCE COMPANY**, provided a policy of automobile liability insurance on the vehicle owned by **AMEN TRUCKING LLC** and operated by **BINIAM TEWELDE**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **MOHAVE TRANSPORTATION INSURANCE COMPANY**, liable unto Petitioners with the other named defendants.

VIII.

Upon information and belief, defendants, **AMEN TRUCKING LLC** and **BINIAM TEWELDE**, are underinsured to fully compensate Petitioners for their damages. At all relevant times, **STATE FARM FIRE AND CASUALTY COMPANY** provided a policy of uninsured/underinsured motorist coverage on the vehicle operated by **BONNIE HOLMES** on the date of this accident, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **STATE FARM FIRE AND CASUALTY COMPANY (in its capacity as uninsured/underinsured motorist carrier)**, liable unto Petitioners with the other named defendants.

**WHEREFORE**, Petitioners pray that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioners and against the defendants, **MOHAVE TRANSPORTATION INSURANCE COMPANY, AMEN TRUCKING LLC, BINIAM TEWELDE AND STATE FARM FIRE AND CASUALTY COMPANY (in its capacity as uninsured/underinsured motorist carrier)**, jointly and *in solido* in amounts as are reasonable in the premises, including past and

EXHIBIT 1

future physical pain and suffering, past and future mental pain and suffering, past and future loss

of enjoyment of life, disability to the body, past and future medical expenses, loss of past and

future earnings, loss of future earning capacity, and loss of consortium, together with legal

interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief as the Court deems fit.

Respectfully submitted,

**LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC**

_____
**EDWARD J. WOMAC, JR. #02195
JONATHAN R. MARLOWE #31854**
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
jmarlowe@edwardwomac.com

**PLEASE SERVE:**

**MOHAVE TRANSPORTATION INSURANCE COMPANY**
Via the Louisiana Long-Arm Statute:
Through Its Registered Agent for Service of Process:
National Registered Agents
3800 North Central Avenue
Suite 460
Phoenix, Arizona 85012

**AMEN TRUCKING LLC**
Via the Louisiana Long-Arm Statute:
Through Its Registered Agent for Service of Process:
Service of Process
Secretary of State
P.O. Box 12079
Austin, Texas 78711-2079

**BINIAM TEWELDE**
Via the Louisiana Long-Arm Statute:
20118 Larkspur Landing
Richmond, Texas 77407

**STATE FARM FIRE AND CASUALTY COMPANY
(in its capacity as uninsured/underinsured motorist carrier)**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

*[Handwritten: EBRSO $40.44 #224302]*

*[Handwritten: SOS $50.00 #224301]*

EXHIBIT 1

(101) CITATION: PETITION FOR DAMAGES;

220606-5960-8

FILED FOR RECORD 07/05/2022 12:51:16
Michelle A. Pere DY CLERK
JEFFERSON PARISH LA

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

BONNIE HOLMES, AMOS CARTER
  versus
MOHAVE TRANSPORTATION INSURANCE COMPANY,
AMEN TRUCKING LLC, BINIAM TEWELDE, STATE
FARM FIRE AND CASUALTY COMPANY

Case: 828-680     Div: "H"
P 1 BONNIE HOLMES

To:  STATE FARM FIRE AND CASUALTY COMPANY
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

#224361 $50.00 S/S
#224362 $40.44 EBR

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney EDWARD J. WOMAC JR and was issued by the Clerk
of Court on the 6th day of June, 2022.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;

220606-5960-8

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal          ___ Domiciliary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts _____ times
___ Vacant                  ___ Received too late to serve
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

I made service on the named party through the

Office of the Secretary of State on

**JUN 1 3 2022**

by tendering a copy of this document to:

JULIE NESBITT

DY. M. LOCKWOOD #0903
Deputy Sheriff, Parish of East Baton Rouge, LA

RECEIVED
DATE
JUN 1 0 2022
E.B.R. Sheriff Office

EXHIBIT 1

P1
―――
503

FILED FOR RECORD 06/29/2022 13:42:05
Alecia M. LaCour DY CLERK
JEFFERSON PARISH LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO.  828-680                                                    DIVISION "H"

### BONNIE HOLMES AND AMOS CARTER

### VS.

### MOHAVE TRANSPORTATION INSURANCE COMPANY, AMEN TRUCKING LLC, BINIAM TEWELDE AND STATE FARM FIRE AND CASUALTY COMPANY
**(in its capacity as uninsured/ underinsured motorist carrier)**

FILED:_____               _____
                                                       **DEPUTY CLERK**

### AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

### JONATHAN R. MARLOWE

who, first being duly sworn, did depose and say that:

1.  He received a true copy of the Citation and Petition filed on May 27, 2022;

2.  He mailed Citation and Petition by Certified Mail to defendant, **AMEN TRUCKING LLC,** on June 9, 2022;

3.  Citation and Petition were received on June 15, 2022, as more fully appears from the annexed copy of the post office return for Certified Mail Number 7021 22720 0001 5387 4469. (See Exhibit "C").

New Orleans, Louisiana, June 27, 2022.

_____
**JONATHAN R. MARLOWE**

SWORN TO AND SUBSCRIBED BEFORE
ME, JUNE 27, 2022.

_____
**NOTARY PUBLIC**



ANDREW MURPHY
Notary Public
Notary ID No. 142080
Orleans Parish, Louisiana

EXHIBIT 1

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
## ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
JONATHAN R. MARLOWE
ANDREW J. MURPHY
JOSEPH G. LASSALLE
JEANANNE F. MONTGOMERY

**3501 CANAL STREET**
**NEW ORLEANS, LA 70119**
**TELEPHONE: (504) 486-9999**
**FACSIMILE (504) 488-4178**
www.edwardwomac.com

RYAN E. WOMAC
JEFFREY C. GASSER
JORDAN A. WOMAC
DAVID G. KLEINSCHMIDT
JARED B. CIVELLO
KYLE M. WIEDEMANN
GARY M. LANGLOIS, JR.
VICTORIA W. QUINLIVAN
ASHLEY B. FISCHER
GUY S. PARKS

DIRECT DIAL: (504) 378-3432
EMAIL: jmarlowe@edwardwomac.com

*Reply to Canal Street Office*

June 27, 2022

*Via U.S. Mail*

Clerk of Court
24th JDC
200 Derbigny St.
Gretna, LA 70053

> RE:  ***Bonnie Holmes vs. Mohave Transportation Insurance Company, Amen Trucking LLC,***
> ***Biniam Tewelde and State Farm Fire and Casualty Company***
> **24th Judicial District Court, No. 828-680, Div. H**

Dear Clerk of Court:

Enclosed for your review and records are one (1) original and one (1) copy of an Affidavit of Service of Process – Long Arm, prepared in connection with the above-referenced proceeding. Kindly file the original into the record of these proceedings and return a clocked-in, conformed copy of same to me in the self-addressed stamped envelope herein provided for this purpose. *sent 6/29/22 AL*

Should you have any questions or require additional information, please do not hesitate to contact me, or in my absence, you may speak with my legal assistant, Keiasha.

Sincerely,

Jonathan R. Marlowe

JRM/kjr
Enclosures
cc: w/ encl.   Misti Ramirez (E-Mail mramirez@emariskservices.com)

EXHIBIT 1

FILED FOR RECORD 06/22/2022 12:16:57
Ariel Hunter Steib DY CLERK
JEFFERSON PARISH LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO.  828-680                                                    DIVISION "H"

### BONNIE HOLMES

### VS.

### MOHAVE TRANSPORTATION INSURANCE COMPANY, AMEN TRUCKING LLC, BINIAM TEWELDE AND STATE FARM FIRE AND CASUALTY COMPANY
### (in its capacity as uninsured/ underinsured motorist carrier)

FILED:_____                    _____

                                                         DEPUTY CLERK

### AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

### JONATHAN R. MARLOWE

who, first being duly sworn, did depose and say that:

1.  He received a true copy of the Citation and Petition filed on May 27, 2022;

2.  He mailed Citation and Petition by Certified Mail to defendant, **BINIAM TEWELDE**, on June 9, 2022;

3.  Citation and Petition were received on June 14, 2022, signed by Biniam Tewelde, as more fully appears from the annexed copy of the post office return for Certified Mail Number 7021 2720 0001 5387 4483. (See Exhibit "A").

New Orleans, Louisiana, June 17, 2022.

_____
**JONATHAN R. MARLOWE**

SWORN TO AND SUBSCRIBED BEFORE
ME, JUNE 17, 2022.

_____
**NOTARY PUBLIC**

**ANDREW MURPHY**
Notary Public
Notary ID No. 142080
Orleans Parish, Louisiana

EXHIBIT 1

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
## ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
JONATHAN R. MARLOWE
ANDREW J. MURPHY
JOSEPH G. LASSALLE
JEANANNE F. MONTGOMERY

3501 CANAL STREET
NEW ORLEANS, LA 70119
TELEPHONE: (504) 486-9999
FACSIMILE (504) 488-4178
www.edwardwomac.com

RYAN E. WOMAC
JEFFREY C. GASSER
JORDAN A. WOMAC
DAVID G. KLEINSCHMIDT
JARED B. CIVELLO
KYLE M. WIEDEMANN
GARY M. LANGLOIS, JR.
VICTORIA W. QUINLIVAN
ASHLEY B. FISCHER
GUY S. PARKS

DIRECT DIAL: (504) 378-3432
EMAIL: jmarlowe@edwardwomac.com

June 17, 2022

*Reply to Canal Street Office*

*Via U.S. Mail*

Clerk of Court
24th JDC
200 Derbigny St.
Gretna, LA 70053

RE: ***Bonnie Holmes vs. Mohave Transportation Insurance Company, Amen Trucking LLC,***
***Biniam Tewelde and State Farm Fire and Casualty Company***
***24th Judicial District Court, No. 828-680, Div. H***

Dear Clerk of Court:

Enclosed for your review and records are one (1) original and one (1) copy of an Affidavit of Service of Process – Long Arm, prepared in connection with the above-referenced proceeding. Kindly file the original into the record of these proceedings and return a clocked-in, conformed copy of same to me in the self-addressed stamped envelope herein provided for this purpose. *mailed w/c 6/22/22*

Should you have any questions or require additional information, please do not hesitate to contact me, or in my absence, you may speak with my legal assistant, Keiasha.

Sincerely,

Jonathan R. Marlowe

JRM/kjr
Enclosures
cc: w/ encl.   Misti Ramirez (E-Mail mramirez@emariskservices.com)

EXHIBIT 1

P.503

FILED FOR RECORD 06/27/2022 14:13:58
Ariel Hunter Steib DY CLERK
JEFFERSON PARISH LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO.  828-680                                             DIVISION "H"

### BONNIE HOLMES

### VS.

### MOHAVE TRANSPORTATION INSURANCE COMPANY, AMEN TRUCKING LLC, BINIAM TEWELDE AND STATE FARM FIRE AND CASUALTY COMPANY
### (in its capacity as uninsured/ underinsured motorist carrier)

FILED:_____           _____

                                        **DEPUTY CLERK**

### AFFIDAVIT OF SERVICE OF PROCESS - LONG ARM

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

### JONATHAN R. MARLOWE

who, first being duly sworn, did depose and say that:

1.  He received a true copy of the Citation and Petition filed on May 27, 2022;

2.  He mailed Citation and Petition by Certified Mail to defendant, **MOHAVE TRANSPORTAION INSURANCE COMPANY,** on June 9, 2022;

3.  Citation and Petition were received on June 13, 2022, as more fully appears from the annexed copy of the post office return for Certified Mail Number <u>7021 2720 0001 5387 4476.</u> (See Exhibit "B").

New Orleans, Louisiana, June 23, 2022.

_____

**JONATHAN R. MARLOWE**

SWORN TO AND SUBSCRIBED BEFORE
ME, JUNE 23, 2022.

_____
**NOTARY PUBLIC**



**Ashley Bowman**
Notary Public
Notary ID No. 182349
Jefferson Parish, Louisiana

EXHIBIT 1

# EDWARD J. WOMAC, JR. & ASSOCIATES, LLC
### ATTORNEYS AND COUNSELORS AT LAW

EDWARD J. WOMAC, JR.
MATTHEW J. SUTTON
BRIAN J. BRANCH
DOUGLAS J. WOMAC, JR.
CHRISTOPHER J. WILLIAMSON
SCOTT P. GRIFFIN
JONATHAN R. MARLOWE
ANDREW J. MURPHY
JOSEPH G. LASSALLE
JEANANNE F. MONTGOMERY

**3501 CANAL STREET**
**NEW ORLEANS, LA 70119**
**TELEPHONE: (504) 486-9999**
**FACSIMILE (504) 488-4178**
www.edwardwomac.com

RYAN E. WOMAC
JEFFREY C. GASSER
JORDAN A. WOMAC
DAVID G. KLEINSCHMIDT
JARED B. CIVELLO
KYLE M. WIEDEMANN
GARY M. LANGLOIS, JR.
VICTORIA W. QUINLIVAN
ASHLEY B. FISCHER
GUY S. PARKS

DIRECT DIAL: (504) 378-3432
EMAIL: jmarlowe@edwardwomac.com

June 22, 2022

*Reply to Canal Street Office*

*Via U.S. Mail*

Clerk of Court
24th JDC
200 Derbigny St.
Gretna, LA 70053

RE:   ***Bonnie Holmes vs. Mohave Transportation Insurance Company, Amen Trucking LLC,***
      ***Biniam Tewelde and State Farm Fire and Casualty Company***
      **24th Judicial District Court, No. 828-680, Div. H**

Dear Clerk of Court:

Enclosed for your review and records are one (1) original and one (1) copy of an Affidavit of Service of Process – Long Arm, prepared in connection with the above-referenced proceeding. Kindly file the original into the record of these proceedings and return a clocked-in, conformed copy of same to me in the self-addressed stamped envelope herein provided for this purpose.

Should you have any questions or require additional information, please do not hesitate to contact me, or in my absence, you may speak with my legal assistant, Keiasha.

Sincerely,

Jonathan R. Marlowe

JRM/kjr
Enclosures
cc: w/ encl.    Misti Ramirez (E-Mail mramirez@emariskservices.com)

WESTBANK OFFICE: 848 SECOND STREET, SUITE 301, GRETNA, LA 70053

MANDEVILLE OFFICE: 200 MARINER'S DRIVE, SUITE 321-D, MANDEVILLE, LA 70448

EXHIBIT 1